The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LEANN VAN ALSTINE, a single woman,<br><br>                            Plaintiff,<br><br>   v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>                            Defendant. | No. 2:16-cv-00561-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED by the undersigned parties to the above action, through their respective attorneys, that the claims against Defendant USAA Casualty Insurance Company, including all claims, counterclaims and cross-claims which were or could have been asserted by any party, has been compromised and settled and may be dismissed with prejudice and without any award of costs or attorney's fees to any party.

DATED this ___ day of March, 2017.

| | |
|---|---|
| LEVINSON LAW OFFICES | KELLER ROHRBACK L.L.P. |
| By <u>s/Arthur D. Leritz</u><br>   Arthur D. Leritz, WSBA #29344<br>   Attorney for Plaintiff | By <u>s/Irene M. Hecht</u><br>   Irene M. Hecht, WSBA #11063<br>   Attorneys for Defendant USAA<br>   Casualty Insurance Company |

STIPULATION AND ORDER OF DISMISSAL
(2:16-cv-00561-RSL) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\Users\TRoberts\AppData\Local\Temp\notesD06208\STOD.docx

# ORDER

Based upon the foregoing stipulation, IT IS HEREBY ORDERED that the above-entitled cause against Defendant USAA Casualty Insurance Company shall be, and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

DONE IN OPEN COURT this 29th day of March, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

KELLER ROHRBACK L.L.P.

By s/Irene M. Hecht
    Irene M. Hecht, WSBA #11063
    1201 Third Avenue, Suite 3200
    Seattle, WA  98101-3052
    Telephone: 206.623.1933
    Email: ihecht@kellerrohrback.com
    *Attorneys for Defendant USAA*
    *Casualty Insurance Company*

Approved as to form;
Notice of presentation waived.

ADLER GIERSCH, PS

By s/Arthur D. Leritz
    Arthur D. Leritz, WSBA #29344
    333 Taylor Avenue North
    Seattle, WA  98109-4619
    Telephone: 206.682.0300
    Email: aleritz@adlergiersch.com
    *Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL
(2:16-cv-00561-RSL) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\Users\TRoberts\AppData\Local\Temp\notesD06208\STOD.docx